**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-1618**

―――――――――

In re: ANTHONY GENE TRAPPIER,

Petitioner,

―――――――――

On Petition for Writ of Mandamus.  (4:09-cr-00340-TLW-1; 4:12-cv-03313-TLW)

―――――――――

Submitted:  August 18, 2022                    Decided:  August 22, 2022

―――――――――

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

Anthony Gene Trappier, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Gene Trappier petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on Trappier's Fed. R. Civ. P. 60(b) motion to reopen his proceedings under 28 U.S.C. § 2255. Trappier seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the court denied the Rule 60(b) motion by order entered on July 21, 2022. Accordingly, because the district court recently decided Trappier's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*